# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE1073-2(b)

**DEBTOR(S)_____STOVALL, RACHEL_____CASE NO.:_____**

       Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (*or any other petitioner*) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y.LBR 1073-1 and E.D.N.Y.LBR 1073-2 if the earlier case was pending at any time within six years before the filing on the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. section 101(2); (iv) are general partners in the same partnership: (v) are a partnership and one or more of its general partners: (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, and interest in property that was or is included in the property of another estate under 11 U.S.C., section 541(a).]

\_X\_ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

\_\_\_ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____
CASE STILL PENDING (Y/N)_____ *[if closed]* Date of closing:_____

CURRENT STATUS IF RELATED CASE:_____
                                       (Discharged/ awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____

2.  CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____
CASE STILL PENDING (Y/N)_____*[if closed]* Date of closing:_____

CURRENT STATUS IF RELATED CASE:_____
                                       (Discharged/ awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____

DISCLOSURE OF RELATED CASES (cont'd)

3.   CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____
CASE STILL PENDING (Y/N)_____ *[if closed]* Date of closing:_____

CURRENT STATUS IF RELATED CASE:_____
                                (Discharged/ awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____

NOTE: Pursuant to 11 U.S.C. Section 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Yes

CERTIFICATION (to be signed by pro se debtor/ petitioner or debtor/ petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending at any time, except as indicated elsewhere on this form.

s/ Kenneth R. Perry_____            _____
Signature of Debtor's Attorney            Signature of Pro Se Debtor/Petitioner

MARY E. SHERIDAN, ESQ.                    _____
KENNETH R. PERRY, Of Counsel              Mailing Address of Debtor/ Petitioner
LEGAL SERVICES PLAN- LOCAL 237
216 West 14th Street                      _____
New York, NY 10011                        City, State, Zip Code
(212) 924-1220
#13-3077863
                                          _____
                                          Area Code and Telephone Number

Failure to fully and truthfully provide all information requires by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

USBC-2