UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
In re:                                              :
                                                    :
    STOVALL, RACHEL                       :    STATEMENT PURSUANT
                                                    :    TO LOCAL RULE 2017-1
                   Debtor(s)       :
---------------------------------------------------------- X

    Kenneth R. Perry, admitted to practice in this court, states:

    1. That I am an attorney for the LEGAL SERVICES PLAN - LOCAL 237, attorneys for the above named debtor.

    2. That prior to the filing of the petition herein, our office rendered the following services to the above named debtor.

| Date | Services | Time |
|---|---|---|
| 08/04/05 | Interview | 1 Hour |
| 08/15/05 | Petition drafting | 2 Hours |
| 08/23/05 | Petition signing | 1 Hour |

    3. That all services rendered prior to the filing of the petition herein were rendered personally by or supervised by me.

    4. That this office is a prepaid legal services plan and does not receive any compensation from the person(s) serviced by this office.

DATED:    NEW YORK, NEW YORK    s/ Kenneth R. Perry
                 August 30, 2005               Kenneth R. Perry,
                                                Attorney for debtor.
                                                Firm # 13-3077863